JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL NETWORK INVESTMENT CORP., ING ADVISORS NETWORK, JACK R. HANDY, JR., JOHN SIMMERS, and AL JOHNSON,<br><br>　　　　　Petitioners,<br><br>　　v.<br><br>KAYVAN KAROON and KAROON CAPITAL MARKETS, INC.,<br><br>　　　　　Respondents. | Case No.: CV 10-09844-DSF (JCGx)<br><br>(Consolidated with CV 11-0906-DSF (JCGx))<br><br>JUDGMENT |

　　　　This matter came before the Court, the Honorable Dale S. Fischer presiding, on a motion to confirm an arbitration award. Judgment is entered as follows:

　　　　1.　　The arbitration award is confirmed and Respondents' cross-petition to vacate the arbitration award is dismissed with prejudice.

　　　　2.　　Judgment is entered in favor of Financial Network Investment Corp. and against Respondents, jointly and severally, in the amount of $528,834.63 (an amount inclusive of interest through July 19, 2011), plus continuing interest accruing at the rate of $137.00 per day from July 20, 2011 until the date that this Judgment is entered, plus post-judgment interest thereafter at the rate prescribed

by 28 U.S.C. § 1961(a).

    3.    Costs are awarded to Financial Network Investment Corp. in an amount to be taxed by the Clerk.

    4.    Attorney's fees are awarded to Financial Network Investment Corp. in an amount to be determined through a separate motion.

Dated: 8/1/11

                                Honorable Dale S. Fischer
                                United States District Judge